MOBILE FIRE DEPARTMENT INSURANCE COMPANY, RESPONDENT, *v.* FREDERICK T. PARSONS, APPELLANT.

Judgment reversed, new trial ordered, costs to abide event.
Opinion by BRADY, J.

---

GEORGE H. PUTNAM AND OTHERS, APPELLANTS, *v.* LEO T. MEYER AND OTHERS, RESPONDENTS.

Order affirmed, without costs.
Opinion *Per Curiam.*

---

SAMUEL R. PLATT AND ANOTHER, EXECUTORS, ETC., OF JOHN W. MOTT, DECEASED, APPELLANTS, *v.* CHARLES H. VAN AMBURGH AND OTHERS, RESPONDENTS.

Judgment affirmed, with costs.
Opinion *Per Curiam.*

---

IN THE MATTER OF THE APPOINTMENT OF A RECEIVER OF THE NATIONAL TRUST COMPANY OF THE CITY OF NEW YORK.

Order reversed; order entered as directed in opinion.
Opinion by DAVIS, P. J.

---

THOMAS S. ROBINSON, RESPONDENT, *v.* MATTHEW T. BRENNAN, APPELLANT.

Judgment affirmed, with costs.
Opinion by BARRETT, J.

---

ANNA C. DEVLIN, AS ADMINISTRATRIX, ETC., OF CHARLES P. DEVLIN, DECEASED, RESPONDENT, *v.* WILLIAM KELLY, APPELLANT.

Order reversed; motion granted.
Opinion *Per Curiam.*